United States Bankruptcy Court
Southern District of Texas

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Erika Anne Smith**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9780<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  Southern District of Texas | | |
| Case number:  26–31841 | | |

**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erika Anne Smith

7/7/26

**By the court:**  Eduardo V Rodriguez
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                          Case No. 26-31841-evr

Erika Anne Smith                                                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                 User: admin                             Page 1 of 3

Date Rcvd: Jul 07, 2026           Form ID: 318                            Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erika Anne Smith, 14065 Old Hearne Rd, Bryan, TX 77807-4697 |
| cr | | The County of Brazos, McCreary, Veselka, Bragg & Allen, c/o Julie Anne Parsons, Round Rock, Tx 78680-1269, UNITED STATES |
| 13232728 | + | A&M Physicians, 2900 E 29th Street, Bryan, TX 77802-2622 |
| 13232735 | + | Baylor, Scott & White, 700 Scott & White Drive, College Station, TX 77845-6441 |
| 13232738 | + | Bryan Radiology Associates, PO Box 5306, Bryan, TX 77805-5306 |
| 13232743 | | Chambers County Toll Road Authority, 404 Washington Avenue, Anahuac, TX 77514 |
| 13232748 | + | Fort Bend County Toll Road Authority, PO Box 622002, Dallas, TX 75262-2002 |
| 13232750 | | Grayson County Regional Mobility Authorit, 100 W. Houston Sherman, Sherman, TX 75090 |
| 13232751 | + | HCTRA, Attn: Bankruptcy, PO Box 4440, Houston, TX 77210-4440 |
| 13232757 | | Lvnv Funding Llc/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 13232758 | + | MCTRA, 501 North Thompson Street, Conroe, TX 77301-2500 |
| 13232762 | + | Portfolio Recovery Associates, PO Box 115220, Carrollton, TX 75011-5220 |
| 13232763 | + | Premier Physicians Emergency, 2411 Boonville Road, Bryan, TX 77808-2231 |
| 13232764 | + | St Joseph, 2801 Franciscan Drive, Bryan, TX 77802-2599 |
| 13232765 | | Tbom/Cci Mc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |
| 13232766 | + | Texas A&M University, 2900 E 29th Street Ste 100, Bryan, TX 77802-2623 |
| 13232769 | + | Texas Health & Human Services, PO Box 149027, Austin, TX 78714-9027 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 08 2026 01:51:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13232734 | | EDI: ATTWIREBK.COM | Jul 08 2026 01:51:00 | AT&T, Attn. Bankruptcy, 2220 Campbell Creek Blvd, Richardson, TX 75082-4420 |
| 13232729 | | Email/Text: bankruptcy@acima.com | Jul 07 2026 22:21:00 | Acima, Post Office Box 1667, Draper, UT 84020-1667 |
| 13232730 | + | Email/Text: bnc@teampurpose.com | Jul 07 2026 22:22:00 | Advance America, 2416-B Texas Ave S, College Station, TX 77840-4736 |
| 13232731 | ^ | MEBN | Jul 07 2026 22:23:54 | Alamo Regional Mobility Authority, 1948 Probandt St., San Antonio, TX 78214-1240 |
| 13232732 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2026 22:20:00 | Aspire Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 13232733 | | EDI: CAPIO.COM | Jul 08 2026 01:51:00 | Assetcare, Attn: Bankruptcy, P.O. Box 120540, Dallas, TX 75312-0540 |
| 13232736 | ^ | MEBN | Jul 07 2026 22:18:36 | Brazoria County Toll Road Authority, 111 E. |

District/off: 0541-4 | User: admin | Page 2 of 3
Date Rcvd: Jul 07, 2026 | Form ID: 318 | Total Noticed: 52

| | | | |
|---|---|---|---|
| | | | Locust St., Angleton, TX 77515-4622 |
| 13232737 | + Email/Text: rm-bknotices@bridgecrest.com | Jul 07 2026 22:22:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 13232739 | Email/Text: david@rentfrolawfirm.net | Jul 07 2026 22:21:00 | Cameron County Regional Mobility Authority, 3461 Carmen Ave, Rancho Viejo, TX 78575-5221 |
| 13232742 | Email/Text: electronicbankruptcy@ctrma.org | Jul 07 2026 22:21:00 | Central Texas Regional Mobility Authority, ATTN: Bankruptcy, 3300 N Interstate 35 Ste 300, Austin, TX 78705-1857 |
| 13232744 | Email/Text: bankruptcy@abernathy-law.com | Jul 07 2026 22:21:00 | Collin County Toll Road Authority, 2300 Bloomdale Rd., Mckinney, TX 75071 |
| 13232740 | ^ MEBN | Jul 07 2026 22:17:58 | Camino Real Regional Mobility Authority, 801 Texas Avenue, El Paso, TX 79901-1503 |
| 13232741 | EDI: CAPITALONE.COM | Jul 08 2026 01:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13232745 | + EDI: PHINGENESIS | Jul 08 2026 01:51:00 | Concora Credit, Post Office Box 84059, Columbus, GA 31908-4059 |
| 13232746 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 22:29:20 | Credit One Bank, Post Office Box 98873, Las Vegas, NV 89193-8873 |
| 13232747 | + Email/Text: bankruptcynotifications@ehi.com | Jul 07 2026 22:20:00 | Enterprise Rent A Car, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 13232749 | + EDI: PHINGENESIS | Jul 08 2026 01:51:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 13232752 | ^ MEBN | Jul 07 2026 22:19:02 | Hidalgo County Regional Mobility Authority, 203 W Newcombe Ave, Pharr, TX 78577-4742 |
| 13232753 | EDI: LCIICSYSTEM | Jul 08 2026 01:51:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 13232754 | Email/Text: bankruptcy@webbank.com | Jul 07 2026 22:20:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 13232755 | + EDI: IRS.COM | Jul 08 2026 01:51:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13232756 | + Email/Text: bankruptcy@kikoff.com | Jul 07 2026 22:20:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 13232759 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 22:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 13232760 | + EDI: NTXTOLWAY | Jul 08 2026 01:51:00 | North Texas Tollway Authority (NTTA), 5900 W Plano Pkwy Ste 100, Plano, TX 75093-4695 |
| 13232761 | Email/Text: daisy.nunez@netrma.org | Jul 07 2026 22:21:00 | Northeast Texas Regional Mobility Authority, 1011 Pruitt Pl, Tyler, TX 75703-1124 |
| 13232767 | Email/Text: pacer@cpa.state.tx.us | Jul 07 2026 22:22:00 | Texas Comptroller of Public Accounts, Bankruptcy Section, PO Box 13528, Austin, TX 78771-3528 |
| 13232768 | Email/Text: TOD_mail@txdot.gov | Jul 07 2026 22:21:00 | Texas Department of Transportation (TxDOT) ? Toll, 125 E 11th St, Austin, TX 78701-2409 |
| 13232770 | Email/Text: collections.pacer@twc.texas.gov | Jul 07 2026 22:22:00 | Texas Workforce Commission, Bankruptcy Unit, 101 E 15th St Rm 556, Austin, TX 78778-1442 |
| 13232771 | + Email/Text: usatxs.bankruptcy@usdoj.gov | Jul 07 2026 22:20:00 | U.S. Attorney Office, Southern District of Texas, 1000 Louisiana Ste 2300, Houston, TX 77002-5010 |
| 13232772 | ^ MEBN | Jul 07 2026 22:19:07 | US Acute Care, Po Box 9820, Coral Springs, FL 33075-0820 |

District/off: 0541-4                    User: admin                              Page 3 of 3

Date Rcvd: Jul 07, 2026                 Form ID: 318                             Total Noticed: 52

| 13232774 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Jul 07 2026 22:20:00 | US Dept of Education, PO BOX 5609, Greenville, TX 75403-5609 |
| 13232775 | | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Jul 07 2026 22:20:00 | US Small Business Administration, 409 3rd St Sw Fl 2, Washington, DC 20416-0011 |
| 13232776 | ^ | MEBN | | |
| | | | Jul 07 2026 22:22:47 | Waller County Toll Road Authority, 425 FM 1488, Hempstead, TX 77445-9634 |
| 13232777 | + | Email/Text: bankruptcy@westernshamrock.com | | |
| | | | Jul 07 2026 22:22:00 | Western Shamrock Corporation, Attn: Bankruptcy, 801 S. Abe Street, San Angelo, TX 76903-6735 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason  Name and Address**
13232773       ##+            US Department of the Treasury, 401 14th Street, Washington, DC 20002-5405

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:

**Name**                        **Email Address**

Alan Dexter Borden
                                on behalf of Debtor Erika Anne Smith alan@resolvelawgroup.com  ResolveLawGroup@jubileebk.net

Jon Maxwell Beatty
                                trustee@beattypc.com  JMB@trustesolutions.net

Julie Anne Parsons
                                on behalf of Creditor The County of Brazos jparsons@mvbalaw.com
                                amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com

US Trustee
                                USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 4